**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**NATHAN T. MUHAMMAD**
**ADC # 99544**                                                                                **PLAINTIFF**

**V.**                                    **CASE NO. 5:11CV00182 JMM/BD**

**CORRECTIONAL MEDICAL SERVICES,** *et al.*                          **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition from Magistrate

Judge Beth Deere.  The parties have not filed objections.  After careful review of the

recommendation, the Court adopts the Partial Recommended Disposition as this Court's

findings in all respects.

Mr. Muhammad's claims against Correctional Medical Services are DISMISSED

without prejudice.  His claims against Defendants Hubbard and Snyder for money

damages in their official capacities are DISMISSED with prejudice.

IT IS SO ORDERED, this 15th day of __September__, 2011.

_____
UNITED STATES DISTRICT JUDGE