# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

NATHAN T. MUHAMMAD
ADC # 99544                                                                                           PLAINTIFF

V.                           CASE NO. 5:11CV00182 JMM/BD

CORRECTIONAL MEDICAL SERVICES, *et al.*                            DEFENDANTS

### ORDER

The Court has received the Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings, in all respects.

The Defendants' motion to have their statement of facts admitted is (docket entry #28) GRANTED. Their motion for summary judgment (#22) also is GRANTED. Mr. Muhammad's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this __9__ day of __February__, 2012.

_____
UNITED STATES DISTRICT JUDGE