IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NATHAN T. MUHAMMAD
ADC # 99544                                                                                                  PLAINTIFF

V.                              CASE NO. 5:11CV00182 JMM/BD

CORRECTIONAL MEDICAL SERVICES, *et al.*                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED. Mr. Muhammad's claims against Defendants Connie Hubbard and Genia Snyder are DISMISSED without prejudice.

IT IS SO ORDERED this  9  day of   February , 2012.


                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE